UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00619-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CLAUDE DILES, a/k/a "Pep"**,
2. RICHARD TERRELL, a/k/a "C-Bone",

    Defendants.

---

## ORDER GRANTING MOTION TO REDUCE SENTENCE

THIS MATTER comes before the Court on the Unopposed 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence, Joint Position Statement Regarding Eligibility and Relief, and Request for Immediate Consideration Before November 1, 2011 (Motion) **(#193)** filed October 13, 2011. The Motion is **GRANTED**. Defendant's sentence shall be reduced to time served or 97 months, as appropriate.

DATED this 20th day of October, 2011.

           **BY THE COURT:**

           */s/ Marcia S. Krieger*

           Marcia S. Krieger
           United States District Judge